UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASLIDDIN NURIDDINOV and<br>SHAKHRAM KHAYDAROV,<br><br>Defendants. | **SEALED INDICTMENT**<br><br>26 Cr.<br>26 CRIM 455 |

**COUNT ONE**
**(Conspiracy to Transport and Possess Stolen Property)**

The Grand Jury charges:

1. From at least in or around July 2025, up to and including April 2026, in the Southern District of New York and elsewhere, ASLIDDIN NURIDDINOV and SHAKHRAM KHAYDAROV, the defendants, together with others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, the transportation and possession of stolen goods in violation of Title 18, United States Code, Sections 2314 and 2315.

2. It was a part and an object of the conspiracy that ASLIDDIN NURIDDINOV and SHAKHRAM KHAYDAROV, the defendants, together with others known and unknown, would and did transport, transmit, and transfer in interstate and foreign commerce any goods, wares, merchandise, securities, and money, of the value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314, to wit, NURIDDINOV and KHAYDAROV agreed to and did transport in interstate commerce goods valued at $5,000 and more which were stolen from commercial shipping trucks, and which they knew had been stolen.

3. It was further a part and an object of the conspiracy that ASLIDDIN NURIDDINOV and SHAKHRAM KHAYDAROV, the defendants, together with others known and unknown, would and did receive, possess, conceal, store, barter, sell, and dispose of goods, wares, merchandise, securities, and money, of the value of $5,000 and more, which had crossed a State or United States boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken, in violation of Title 18, United States Code, Section 2315, to wit, NURIDDINOV and KHAYDAROV agreed to and did possess goods valued at $5,000 and more which had crossed a State boundary after being stolen from commercial shipping trucks, and which they knew had been stolen.

Overt Acts

4. In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about July 14, 2025, ASLIDDIN NURIDDINOV, the defendant, sent electronic messages coordinating the transportation and delivery of stolen merchandise.

b. On or about March 28, 2026, NURIDDINOV discussed risks faced by drivers transporting loads of stolen merchandise, as well as the prospect of paying bail to release drivers from jail should they be arrested.

c. On or about March 28, 2026, NURIDDINOV directed SHAKHRAM KHAYDAROV, the defendant, to obtain payment for a driver. On or about the same date, KHAYDAROV called a co-conspirator not charged herein and requested money to pay such driver.

d. On or about March 28, 2026, KHAYDAROV discussed attempted sales of stolen merchandise, including perfume.

e. On or about April 7, 2026, NURIDDINOV discussed attempted sales of stolen merchandise, including handbags.

(Title 18, United States Code, Section 371.)

## FORFEITURE ALLEGATION

5. As a result of committing the offense charged in Count One of this Indictment, ASLIDDIN NURIDDINOV and SHAKHRAM KHAYDAROV, the defendants, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real or personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense and any and all goods and merchandise stolen in connection with the offense charged in Count One.

### Substitute Assets Provision

6. If any of the above described forfeitable property, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third person; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section

2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

[redacted]
FOREPERSON
9-30-16

JAMES M. McDONALD
United States Attorney